IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | CR. No: 2:07cr168-MEF |
| | ) | |
| **DESMONDANTONIO T. GROVE** | ) | |

MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Kevin L. Butler, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Desmondantonio T. Grove. In support of this Motion, counsel states the following:

1. On September 20, 2007, the Federal Defender Office was appointed to represent Mr. Grove with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Kevin L. Butler.

2. Undersigned counsel discovered today that a conflict of interest exists between Mr. Grove and a client of the Federal Defenders Office.

3. Undersigned counsel requests that on behalf of Mr. Grove, a CJA panel attorney be appointed to represent him in all further proceedings in this case. Mr. Grove will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that undersigned counsel be permitted to withdraw from the representation of Mr. Grove and that a CJA Panel attorney be appointed to represent him.

Dated this 18th day of October, 2007.

                        Respectfully submitted,

                        s/ Kevin L. Butler
                        KEVIN L. BUTLER
                        First Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        E-mail: kevin_butler@fd.org
                        AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| V. | )   CR. No: 2:07cr168-MEF |
| | ) |
| **DESMONDANTONIO T. GROVE** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138