## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v | ) **CASE NO. 2:07-CR-168-MEF** |
| | ) |
| **DESMONDANTONIO T. GROVE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER ON MOTION

On October 18, 2007, Defendant, Desmondantonio T. Grove, filed a motion to withdraw Attorney Kevin Butler as Counsel of Record and for Appointment of CJA Panel Attorney (Doc. #10). Upon consideration of the motion and, for good cause, it is

ORDERED that the motion (Doc. #10) is GRANTED. Attorney Kevin Butler is withdrawn as lead counsel. It is further

ORDERED that a CJA Panel Attorney be appointed to represent Defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 18th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE