## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **DESMONDANTONIO T. GROVE,** | * 2:07CR168-MEF |
| | * |
| **Defendant.** | * |

### NOTICE OF ATTORNEY APPEARANCE-DEFENDANT

Come now Jeffery C. Duffey and enters his appearance as appointed counsel for defendant Desmondantonio T. Grove.

Respectfully submitted this 24th day of October, 2007.

                                        s/Jeffery C. Duffey
                                        JEFFERY C. DUFFEY
                                        Attorney for Defendant
                                        Desmondantonio Grove
                                        600 South McDonough Street
                                        Montgomery, AL 36104
                                        Phone: 334-834-4100
                                        Fax: 334-834-4101
                                        email: jcduffey@aol.com
                                        Bar No. ASB7699F67J

### CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

                                        s /Jeffery C. Duffey
                                        JEFFERY C. DUFFEY
                                        Attorney for Defendant
                                        Desmondantonio Grove