```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| DESMONDANTONIO T. GROVE, | * 2:07CR168-MEF |
| | * |
|     Defendant. | * |

## UNOPPOSED NOTICE OF LIMITED APPEARANCE

Comes now the defendant, by and through undersigned counsel, and submits the following:

    1.    The pre-trial conference of this case is set for December 20, 2007 at 9:00 am.

    2.    Due to an unavoidable conflict undersigned counsel will not be able to attend the pretrial conference. Counsel will be out of state on a previously planned holiday visit. Counsel is leaving a day earlier that expected because of a change in travel arrangements.

    3.    Undersigned counsel represents to the court that Andrew M. Skier, Esq., with offices at 505 S. Perry Street, Montgomery, Al. 36104, Telephone No. 334-263-4105, who is admitted to this court will substitute for undersigned counsel at the pre-trial conference and represent the defendant therein limited to the pretrial conference.

    4.    Undersigned counsel represents to the court that

the defendant has been informed of the above and does not object.

    5. Undersigned counsel has conferred with the Government regarding this notice and the government does not object.

    Respectfully submitted this 17th day of December, 2007.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 17th day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove
