IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| DESMONDANTONIO T. GROVE, | * 2:07CR168-MEF |
| | * |
| Defendant. | * |

### MOTION TO SEAL

Comes now the defendant, by and through undersigned counsel, and moves to seal the attached memorandum in support of motion to seal for reasons stated therein.

Respectfully submitted this 17th day of December, 2007.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove