IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **DESMONDANTONIO T. GROVE,** | * 2:07CR168-MEF |
| | * |
| **Defendant.** | * |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The trial of this case is set for the term beginning April 7, 2008. This is the second unopposed motion to continue trial.

2. The defendant is charged with possession with intent to distribute cocaine-base and distribution of same.

3. Undersigned counsel was appointed to represent defendant on October 29, 2007 to replace previous appointed counsel.

4. There still remain some difficult issues that remain unresolved and need to be resolved before a decision regarding a final resolution of this case can be made.

5. Undersigned counsel has conferred with the Government regarding this request and the government does not oppose this motion for a continuance.

6. A waiver of speedy trial signed by defendant is attached to this motion as exhibit A.

Wherefore, undersigned counsel requests that the trial in the above styled case be continue and reset to a later term, or for such other relief as the Court deems just.

Respectfully submitted this 24th day of March, 2008.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF ALABAMA
                            NORTHERN DIVISION


UNITED STATES OF AMERICA,          *
                                   *
     Plaintiff,                    *
                                   *
V.                                 * CR. NO.
DESMONDANTONIO T. GROVE,            * 2:07CR168-MEF
                                   *
     Defendant.                    *
```

### WAIVER OF SPEEDY TRIAL RIGHTS

I, Desmondantonio T. Grove, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

03/24/2008
Date

Desmondantonio T. Grove
Defendant

Jeffery C. Duffey
Attorney for Defendant
600 South McDonough Street
Montgomery, AL 36104
Phone: (334)834-4100
Fax: (334)834-4101
Email: Jcduffey@aol.com
Bar No. ASB-7699-F67J