IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| DESMONDANTONIO T. GROVE, | * 2:07CR168-MEF |
| | * |
| Defendant. | * |

RECEIVED
2008 MAR 25 A 8:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO SEAL

Comes now the defendant, by and through undersigned counsel, and moves to seal the attached memorandum in support of motion to seal for reasons stated therein.

Respectfully submitted this 24th day of March, 2008.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, AUSA, P.O. Box 197, Montgomery, AL 36101.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Defendant Grove