IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:07cr168-MEF |
| | ) | |
| DESMONDANTONIO T. GROVE | ) | |

# ORDER

Based upon this court's order resetting the trial in the above-styled case from April 7, 2008 to July 28, 2008 and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on June 30, 2008, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 27th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE