```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **DESMONDANTONIO T. GROVE,** | * 2:07CR168-MEF |
| | * |
| **Defendant.** | * |

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now defendant, by counsel, and hereby gives notice to the court of intent to change his plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 14th day of July, 2008.

<div style="margin-left:50%;">

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant
Desmondantonio Grove
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

<div style="margin-left:50%;">

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant
Desmondantonio Grove

</div>