IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
         v.                       )     CASE NO. 2:07cr168-MEF
                                  )
DESMONDANTONIO T. GROVE           )
a/k/a ANTONIO D. GROVE            )

## MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the indictment returned August 15, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 14th day of July, 2008.

                         LEURA G. CANARY
                         UNITED STATES ATTORNEY


                         **/s/Tommie Brown Hardwick**
                         TOMMIE BROWN HARDWICK
                         Assistant United States Attorney
                         Bar Number: ASB4152 W86T
                         131 Clayton Street
                         Montgomery, Alabama 36104
                         Phone: (334) 223-7280
                         Fax: (334) 223-7135
                         E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
    v. )    CASE NO. 2:07cr168-MEF
)
DESMONDANTONIO T. GROVE )
a/k/a ANTONIO D. GROVE )

O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken from the indictment returned August 15, 2007.

DONE this ____ day of _____, 2008.

_____
CHIEF, UNITED STATES DISTRICT JUDGE