**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CASE NO. 2:07cr168-MEF** |
| ) | |
| **DESMONDANTONIO T. GROVE** ) | |
| **a/k/a ANTONIO D. GROVE** ) | |

# O R D E R

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. #31) filed on July 14, 2008, it is hereby

ORDERED that the motion is GRANTED and the forfeiture allegation is hereby stricken from the indictment returned August 15, 2007.

DONE this the 15th day of July, 2008.

                                                              /s/ Mark E. Fuller
                                             CHIEF UNITED STATES DISTRICT JUDGE